## DASCHKE v. SCHELLENBERG.

1. APPEAL—ORDER OVERRULING DEMURRER.

An order overruling a demurrer to a bill, which assigns as the ground of demurrer the fact that the bill is not sworn to, is appealable.

2. SAME—BOND—STAY OF PROCEEDINGS.

Under Act No. 243, Pub. Acts 1899 (amending 1 Comp. Laws 1897, § 550), which provides that, after an appeal in chancery is taken and perfected, no stay of proceedings shall be granted unless appellant file a bond conditioned to satisfy the decree of the Supreme Court and to pay all costs, an appeal bond is necessary only in case a stay of proceedings is sought.

Appeal from Wayne; Frazer, J.

Bill by John Daschke and others against Harry L. Schellenberg and others to enforce a mechanic's lien. From an order overruling a demurrer to the bill, defendants appeal: On motion to dismiss. Submitted April 10, 1900. Motion denied May 2, 1900.

*James D. May*, for the motion.

*Franklin L. Lord, contra.*

PER CURIAM. A motion is made to dismiss an appeal from an order overruling a demurrer in chancery. Two grounds are urged:

1. That the order was not an appealable one.
2. That no bond was given.

The statute authorizes an appeal from an order overruling a general demurrer. 1 Comp. Laws 1897, § 549. The rule requiring a specification of cause in all demurrers does not abrogate or enlarge this statute. Appeals may still be taken from an order overruling a demurrer which prior to the rule might have been general. *Greenley* v.

*Hovey*, 115 Mich. 504 (73 N. W. 808); *Robinson* v. *Kunkleman*, 117 Mich. 193 (75 N. W. 451). The ground of demurrer assigned is that the bill was not sworn to. This might have been ground for a general demurrer prior to the adoption of the present rule. 1 Daniell, Ch. Prac. (6th Am. Ed.) 587; 6 Enc. Pl. & Prac. 410.

By an amendment to the statute (1 Comp. Laws 1897, § 550) in 1899, a bond on an appeal is not required, except where a stay of proceedings is sought. Act No. 243, Pub. Acts 1899.

The motion must be denied.